# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KRISTA L. FARMER                                       PLAINTIFF

v.                    CASE NO. 4:17-CV-00749 BSM

SOCIAL SECURITY ADMINISTRATION                DEFENDANT

## ORDER

After *de novo* review of the entire record, including plaintiff Krista L. Farmer's objections, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 15] is adopted. Only one objection warrants comment.

Farmer objects, claiming that the Administrative Law Judge included mental functional limitations in the residual functional capacity determination that were not supported by substantial evidence. Indeed, she claims that the objective medical evidence—the opinion of a psychiatric state-agency consultant—shows that she did not have a "severe" mental impairment at all. Even if she is correct, Farmer's argument merely provides support for the determination that she is not disabled.

The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 1st day of February 2019.

                                                    /s/ Brian S. Miller
                                              UNITED STATES DISTRICT JUDGE