# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KRISTA L. FARMER                                                          PLAINTIFF

v.                     CASE NO. 4:17-CV-00749 BSM

SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of February 2019.

_____
UNITED STATES DISTRICT JUDGE